**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STATE OF MISSOURI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:25-cv-00165-JAR |
| vs. | ) | |
| | ) | |
| STARBUCKS CORP. | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

This matter is before the Court on a motion for leave to participate as *amicus curaie* filed by Starbucks Workers United, representing employees of Defendant Starbucks, in this *parens patriae* state action challenging Starbucks' diversity and inclusion initiatives.

While neither the Federal Rules of Civil Procedure nor this Court's Local Rules prescribe applicable standards, Rule 29 (and comments) of the Federal Rules of Appellate Procedure identify the movant's interests, the relevance of the movant's arguments, and their utility to the court as key considerations. Considering these factors and seeing no prejudice to the parties, the Court will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that the motion to participate as *amicus curiae*, filed by Starbucks Workers United, is **GRANTED**. (Doc. 26).  The Clerk of the Court is directed to detach the brief at Doc. 26-1.

Dated this 30th day of May 2025.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE