UNITED STATES DISTRCIT COURT
EASTERN DISTRICT OF MISSOURI
(St. Louis)

| | | |
|---|---|---|
| STATE OF MISSOURI, *ex rel.* ANDREW BAILEY, ATTORNEY GENERAL OF MISSOURI, | ) ) ) ) | |
| *Plaintiff,* | ) | |
| -vs- | ) ) | No. 4:25-cv-00165-JAR |
| STARBUCKS CORP., | ) ) | |
| *Defendant.* | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Assistant Attorney General Dominic X. Barceleau respectfully submits this motion to withdraw as counsel for Plaintiff. Good cause exists as the undersigned will be leaving employment with the Office of the Missouri Attorney General. Plaintiff will not be prejudiced and will continue to be represented by other counsel already entered on the case.

WHEREFORE, counsel prays this Court grant this Motion to Withdraw as Counsel for Plaintiff.

Dated:  August 5, 2025          **ANDREW BAILEY**
Missouri Attorney General

*/s/ Dominic X. Barceleau*
Dominic X. Barceleau #76510
 *Assistant Attorney General*
Office of the Missouri Attorney General
815 Olive Street, Suite #200

>St. Louis, Missouri 63101
>Tel: (314) 340-7366
>Email: Dominic.Barceleau@ago.mo.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2025, the foregoing Motion to Withdraw was filed electronically using the Court's CM/EFC filing system, which sends notification of each filing to all counsel of record.

>/s/ Dominic X. Barceleau