UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:25-cv-00165-JAR ) ) |
| STARBUCKS CORP. | ) ) |
| Defendant. | ) ) |

**ORDER**

This matter is before the Court on Defendant's motion to dismiss (ECF No. 16), which is fully briefed. Defendant moves for dismissal in part under Fed. R. Civ. P. 12(b)(6), attacking the sufficiency of the allegations in the complaint. Plaintiff's complaint (ECF No. 1) is heavily reliant on language that purports to be quoted from various reports and documents authored by Defendant or otherwise describing Defendant's policies, practices, and strategic objectives. These documents are not attached to the complaint but rather incorporated by reference via citation to their electronic form with URL links to the documents. Both parties offer arguments as to the contents of these documents, which are properly before the Court to consider.[1] However, it has come to the Court's attention that the majority of the links to these electronic documents are no longer functional. To ensure the completeness of the record, Plaintiff is

---

[1] On a motion to dismiss, the court may consider "documents necessarily embraced by the complaint." *Enervations, Inc. v. Minn. Mining & Mfg. Co.*, 380 F.3d 1066, 1069 (8th Cir. 2004) (quoted case omitted). Materials that are "embraced by the complaint" are those "whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the pleadings." *Zean v. Fairview Health Servs.*, 858 F.3d 520, 526 (8th Cir. 2017) (quoted case omitted); *see also Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 568, n. 13 (2007) (noting that the district court was "entitled to take notice of the full contents" of articles partially quoted in the complaint).

ordered to supplement the record by filing hard copies of the documents currently cited via electronic links in its complaint.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file within **fourteen (14) days** of this order copies of the documents currently incorporated by reference in its complaint via electronic links.

Dated this 14th day of October, 2025.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE