IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| State of Missouri *ex rel.* Catherine L. Hanaway, Attorney General of Missouri,<br><br> *Plaintiff,*<br><br>  v.<br><br>Starbucks Corp.,<br><br> *Defendant.* | Case No. 4:25-cv-00165 |

## NOTICE OF APPEAL

The State of Missouri *ex rel.* Catherine L. Hanaway, Attorney General of Missouri, gives notice of appeal to the United States Court of Appeals for the Eighth Circuit from this Court's memorandum and order granting Defendant's motion to dismiss.  Doc. 40; Doc. 41.

Dated: February 12, 2026

Respectfully submitted,

**CATHERINE L. HANAWAY**
Attorney General

/s/ *Louis J. Capozzi III*
Louis J. Capozzi III, #77756(MO)
 *Solicitor General*
Peter F. Donohue Sr., #75835(MO)
 *General Counsel*
Patrick Sullivan, #42968(MO)
 *Deputy Solicitor General*
J. Michael Patton, #76490(MO)
 *Deputy Solicitor General*
Victoria Lowell, #76461(MO)
 *Deputy Solicitor General*
815 Olive Street, Suite 200
St. Louis, MO 63101
Tel. (573) 645-9662

Fax (573) 751-0774
Louis.Capozzi@ago.mo.gov
Peter.Donohue@ago.mo.gov
Patrick.Sullivan@ago.mo.gov
Michael.Patton@ago.mo.gov
Victoria.Lowell@ago.mo.gov

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 12, 2026, the above was filed electronically through the Court's CM/ECF electronic filing system to be served electronically on all parties.

*/s/ Louis J. Capozzi III*
