# United States Court of Appeals
## For The Eighth Circuit

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 13, 2026

Louis Joseph Capozzi III
ATTORNEY GENERAL'S OFFICE
Suite 200
815 Olive Street
Saint Louis, MO  63101

        RE:  26-1258  State of Missouri ex rel. Andrew Bailey v. Starbucks Corporation

Dear Counsel:

        The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

        Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

        The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

        Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

        The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/pscof/login.xhtml. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

CMH

Enclosure(s)

cc:   James F. Bennett
   Philip Allen Cantwell
   Ashanti D. Carey
    Clerk, U.S. District Court, Eastern District of Missouri
   Peter Francis Donohue Sr.
   Esther Gwen Lander
   Victoria Lowell
   John Michael Patton
   J. Patrick Sullivan

   District Court/Agency Case Number(s):   4:25-cv-00165-JAR

**Caption For Case Number:   26-1258**

State of Missouri, ex rel. Andrew Bailey, Attorney General of Missouri

       Plaintiff - Appellant

v.

Starbucks Corporation

       Defendant - Appellee

**Addresses For Case Participants:   26-1258**

Louis Joseph Capozzi III
ATTORNEY GENERAL'S OFFICE
Suite 200
815 Olive Street
Saint Louis, MO  63101

James F. Bennett
DOWD & BENNETT
Suite 1900
7676 Forsyth Boulevard
Saint Louis, MO  63105-0000

Philip Allen Cantwell
DOWD & BENNETT
Suite 1900
7676 Forsyth Boulevard
Saint Louis, MO  63105-0000

Ashanti D. Carey
DOWD & BENNETT
Suite 1900
7676 Forsyth Boulevard
Saint Louis, MO  63105-0000

Clerk, U.S. District Court, Eastern District of Missouri
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

Peter Francis Donohue Sr.
ATTORNEY GENERAL'S OFFICE
Suite 200
815 Olive Street
Saint Louis, MO  63101

Esther Gwen Lander
ORRICK & HERRINGTON
2100 Pennsylvania Avenue, N.W.
Washington, DC  20037

Victoria Lowell
ATTORNEY GENERAL'S OFFICE
Suite 200
815 Olive Street
Saint Louis, MO  63101

John Michael Patton
ATTORNEY GENERAL'S OFFICE
Suite 401

615 E. 13th Street
Kansas City, MO  64106

J. Patrick Sullivan
ATTORNEY GENERAL'S OFFICE
Suite 401
615 E. 13th Street
Kansas City, MO  64106